1036

[No. 55001-2-I.   Division One.   September 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY D. MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00194-0, Linda Lau, J., entered September 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55062-4-I.   Division One.   September 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA HAMLETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10752-7, Linda Lau, J., entered August 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55316-0-I.   Division One.   September 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID TURNPAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 04-1-00018-2, Vickie I. Churchill, J., entered November 22, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[Nos. 30187-3-II; 30191-1-II;   Division Two.   September 27, 2005.]
       30284-5-II; 30314-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. TODD TAIULU TITIALII ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-05544-7, 01-1-05542-1, 01-1-05545-5, and 01-1-05541-2, Frank Cuthberson, J., entered April 2, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.